## Commonwealth v. Stephens, Appellant.

Argued September 14, 1971. *John W. Packel,* Assistant Defender, with him *Barbara Bailey,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Wayman, Appellant.

Submitted September 13, 1971. *Joseph Wassell,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.